UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER LINDSEY,

    Plaintiff,

v.                                    CASE NO.: 8:10-cv-1910-T-23-AEP

EDWARD HOWELL,

    Defendant.
_____/

**ORDER**

    Christopher Lindsey sued Edward Howell for violation of Lindsey's First and Fourth Amendment rights, for malicious prosecution, and for intentional infliction of emotional distress. Howell prevailed and each claim was dismissed or declined. (Docs. 17, 40) Howell moved (Doc. 41) for attorney fees and costs. A July 20, 2011, order (Doc. 48) grants Howell's motion for fees and costs as to one claim. Howell submits a notice (Doc. 53) enumerating attorney fees for the claim and costs.

    Magistrate Judge Anthony E. Porcelli considered the matter and issued a report and recommendation (Doc. 56). The parties interject no objections. The report and recommendation (Doc. 56), which is legally and factually sound, is **ADOPTED**. Accordingly, the clerk is directed to enter judgment in favor of the

defendant and against the plaintiff in the amount of $19,952.00 for attorney fees and in the amount of $939.83 for costs.

ORDERED in Tampa, Florida, on December 26, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE